CO-386-online
10/03

# United States District Court
# For the District of Columbia

)
)
)
)
)   Civil Action No._____
)
)
)
)
)

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for _____ certify that to the best of my knowledge and
            de la Recherche Scientifique

belief, the following are parent companies, subsidiaries or affiliates of _____ which have
                                la Recherche Scientifique

any outstanding securities in the hands of the public:




These representations are made in order that judges of this court may determine the need for recusal.


               Attorney of Record

               __/Lara C. Kelley/_____
               Signature

_____  _____
BAR IDENTIFICATION NO.           Print Name

                    _____
                    Address

                    _____
                    City     State     Zip Code

                    _____
                    Phone Number