UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 07-0034 (RWR) ) |
| INSTITUT PASTEUR et al., | ) ) |
| Defendants. | ) ) |
| NOVARTIS VACCINES AND DIAGNOSTICS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 07-2138 (RWR) ) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES et al., | ) ) ) |
| Defendants. | ) ) |
| THE UNITED STATES OF AMERICA | ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 08-161 (RWR) ) |
| INSTITUT PASTEUR et al., | ) ) |
| Defendants. | ) ) |

**ORDER TO SHOW CAUSE**

Parties in the above-captioned cases have filed notices of that the cases are related. The parties in the first-filed case are engaged in mediation. Accordingly, it is hereby

-2-

ORDERED that on or before March 7, 2008, the parties show cause in writing, either separately or jointly, why these three cases should not be consolidated, including consolidated for the purposes of the mediation already in progress in Civil Action No. 07-34, or alternatively, why any two of the three cases should not be consolidated.

SIGNED this 26th day of February, 2008.


                              /s/
                         RICHARD W. ROBERTS
                         United States District Judge