UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INSTITUT PASTEUR et al., <br><br> Defendants. | Civil Action No. 07-0034 (RWR) |
| NOVARTIS VACCINES AND DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES et al., <br><br> Defendants. | Civil Action No. 07-2138 (RWR) |
| THE UNITED STATES OF AMERICA <br><br> Plaintiff, <br><br> v. <br><br> INSTITUT PASTEUR et al., <br><br> Defendants. | Civil Action No. 08-161 (RWR) |

### ORDER

In light of the March 18, 2008 Minute Order consolidating the cases *Novartis Vaccines and Diagnostics, Inc. v. United*

*States Department of Health and Human Services*, Civil Action No. 07-2138, and *United States of America v. Institut Pasteur, et al.* Civil Action No. 08-161, with *Novartis Vaccines and Diagnostics, Inc. v. Institut Pasteur, et al*, Civil Action No. 07-34, it is hereby

ORDERED that the Clerk's Office ADMINISTRATIVELY CLOSE *Novartis Vaccines and Diagnostics, Inc. v. United States Department of Health and Human Services*, Civil Action No. 07-2138, and *United States of America v. Institut Pasteur, et al* Civil Action No. 08-161. It is further

ORDERED that all filings with this Court henceforth be filed only under the case of *Novartis Vaccines and Diagnostics, Inc. v. Institut Pasteur, et al*,, Civil Action No. 07-34.

SIGNED this 25th day of April, 2008.

/s/
RICHARD W. ROBERTS
United States District Judge