AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____OF COLUMBIA____ on the following  X  Patents or  ☐ Trademarks:

| DOCKET NO.<br>CA 08-161 | DATE FILED<br>1/25/08 | U.S. DISTRICT COURT<br>for the District of Columbia | |
|---|---|---|---|
| PLAINTIFF<br>  UNITED STATES OF AMERICA<br>  Secretary of DHHS | | DEFENDANT<br>  INSTITUT PASTEUR<br>  25-28 Rue du Dr. Roux<br>  75724 Paris, France and<br>  CENTRE NATIONALE DE LA RECHERCHE SCIENTIFIQUE<br>  3 Rue Michel-Ange, 75794 Paris, France | |
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | 06/693,866 | 1/23/85 | UNITED STATES, Secretary of DHHS |
| 2 | 07/99,410 | 12/31/92 | PASTEUR and CNRS |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Case Administratively closed on 4/29/08 and all future filings to be done in CA 07-34 |

| CLERK<br>Nancy Mayer-Whittington, Clerk by Joe Burgess | (BY) DEPUTY CLERK | DATE<br>6/30/08 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**